**FILED**
JUL 18 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | | |
|---|---|---|
| ANGELL INVESTMENTS L.L.C., et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 01C 6359 |
| PURIZER CORPORATION, a Nevada corporation, and BATTELLE MEMORIAL INSTITUTE, an Ohio not for profit corporation, | : | Hon. George W. Lindberg |
| Defendants. | : | |
| PURIZER CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 01 C 6360 |
| BATTELLE MEMORIAL INSTITUTE, | : | Hon. George W. Lindberg |
| Defendant. | : | |
| DAVID J. BEEDIE, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 01C 6740 |
| BATTELLE MEMORIAL INSTITUTE | : | Hon. George W. Lindberg |
| Defendant. | : | |

DOCKETED
JUL 26 2002

## NOTICE OF MOTION

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Wednesday, July 24, 2002,** at 10.00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable George W. Lindberg, in the room usually occupied by him as a Courtroom in the U. S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge who may be sitting in his place and stead, and shall then and there present **Plaintiffs' Motion for Leave to File Instanter a Sur-Reply to Battelle Memorial Institute's Reply Memorandum in Support of Its Motions for Summary Judgment as to Certain Plaintiffs in Case No. 01C6359** a true copy of which is attached hereto and served upon you.

*Denise C. Castillo*

One of the Attorneys for Plaintiffs in
Case No. 01 C 6359

Roger L. Longtin (06189185)
Stephen L. Agin (06185019)
Denise C. Castillo (06269520)
Piper Rudnick
203 N. LaSalle Street
Chicago, Illinois 60601-1293
(312) 368-4000

CHGO1:30160029.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELL INVESTMENTS L.L.C., et al., : <br><br> Plaintiffs, : <br><br> v. : <br><br> PURIZER CORPORATION, : <br> a Nevada corporation, and : <br> BATTELLE MEMORIAL INSTITUTE, : <br> an Ohio not for profit corporation, : <br><br> Defendants. : | Case No. 01C 6359 <br><br> Hon. George W. Lindberg |
| PURIZER CORPORATION, : <br><br> Plaintiff, : <br><br> v. : <br><br> BATTELLE MEMORIAL INSTITUTE, : <br><br> Defendant. : | Case No. 01 C 6360 <br><br> Hon. George W. Lindberg |
| DAVID J. BEEDIE, *et al.*, : <br><br> Plaintiffs, : <br><br> v. : <br><br> BATTELLE MEMORIAL INSTITUTE : <br><br> Defendant. : | Case No. 01C 6740 <br><br> Hon. George W. Lindberg |

FILED
JUL 18 2002

**PLAINTIFFS' MOTION FOR LEAVE TO FILE INSTANTER A
SUR-REPLY TO BATTELLE MEMORIAL INSTITUTE'S REPLY MEMORANDUM
IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT AS TO
<u>CERTAIN PLAINTIFFS IN CASE NO. 01C6359</u>**

Plaintiffs Angell Investments L.L.C., ("Angell Investments"), Salvatore Craparotta ("Craparotta"), JOB, LTD.–PUR ("JOB"), Alison C. Knott, Carroll D. Knott and James F. Knott,

Jr. (collectively "Plaintiffs") respectfully submit this motion for leave to file instanter a sur-reply memorandum to Battelle Memorial Institute's reply memorandum in support of its motion for summary judgment. In support of their motion, Plaintiffs state as follows:

1. On or about June 19, 2002, Defendant Battelle Memorial Institute ("Battelle") filed its Motion for Summary Judgment As To Certain Plaintiffs.

2. On July 3, 2002, the Plaintiffs filed, among other documents, their Response Memorandum to Battelle's Motion for Summary Judgment as to Certain Plaintiffs in Case No. 01 C 6359 ("Plaintiffs' Response").

3. On July 12, 2002, Battelle Memorial Institute ("Battelle") filed its Reply Memorandum in Support of its Motion for Summary Judgment as to Certain Plaintiffs.

4. As more fully explained in Plaintiffs' sur-reply memorandum attached hereto as Exhibit A, Battelle raises a new argument that affidavits and certain deposition testimony submitted to defend against Battelle's motion for summary judgment is inadmissible hearsay.

5. Plaintiffs seek to respond to Battelle's new argument.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their motion for leave to file instanter their sur-reply memorandum to Battelle Memorial Institute's reply memorandum in support of its motion for summary judgment.

Dated: July 18, 2002

_____
One of the Attorneys for Plaintiffs in
Case No. 01 C 6359

Roger L. Longtin (06189185)
Stephen L. Agin (06185019)
Denise C. Castillo (06269520)
Piper Rudnick
203 N. LaSalle Street
Chicago, Illinois 60601-1293
(312) 368-4000

## CERTIFICATE OF SERVICE

I, Denise C. Castillo, certify that a true and correct copy of the following:

    1.    Notice of Motion for Leave to File Instanter a Sur-Reply to Battelle Memorial Institute's Reply Memorandum in Support of its Motion for Summary Judgment as to Certain Plaintiffs in Case No. 01 C 6359.

    2.    Plaintiffs' Motion for Leave to File Instanter a Sur-Reply to Battelle Memorial Institute's Reply Memorandum in Support of its Motion for Summary Judgment as to Certain Plaintiffs in Case No. 01 C 6359

    3.    Plaintiffs' Sur-Reply to Battelle Memorial Institute's Reply Memorandum in Support of its Motion for Summary Judgment as to Certain Plaintiffs in Case No. 01 C 6359 (Exhibit A);

have been served on this 18th day of July, 2002 on the following counsel

**Via messenger delivery:**

Michael I. Miller
Eimer Stahl Klevorn & Solberg
122 S. Michigan Avenue
Suite 1776
Chicago, IL 60603

Deborah H. Cole
Kathleen H. Klaus
Andrea C. Okun
D'Ancona & Pflaum LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60602

**Via UPS overnight delivery:**

Daniel Costello
Porter Wright Morris & Arthur
41 S. High Street
Columbus, OH 43215

Roger J. McFadden
McFadden & Dillon
120 South LaSalle Street, Suite 1530
Chicago, IL 60603

_Denise C. Castillo_

*See Case File for Exhibits*