# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGELL INVESTMENTS L.L.C., et al., | : |
| Plaintiffs, | : |
| v. | : Case No. 01C 6359 |
| PURIZER CORPORATION, a Nevada corporation, and BATTELLE MEMORIAL INSTITUTE, an Ohio not for profit corporation, | : Hon. George W. Lindberg |
| Defendants. | : |
| | |
| PURIZER CORPORATION, | : |
| Plaintiff, | : |
| v. | : Case No. 01 C 6359 |
| BATTELLE MEMORIAL INSTITUTE, | : Hon. George W. Lindberg |
| Defendant. | : |
| | |
| DAVID J. BEEDIE, et al., | : |
| Plaintiffs, | : |
| v. | : Case No. 01C 6740 |
| BATTELLE MEMORIAL INSTITUTE, | : Hon. George W. Lindberg |
| Defendant. | : |



To: ALL COUNSEL OF RECORD

### REVISED NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, October 2, 2002, at 10:00 a.m., we shall appear before the Honorable Judge George W. Lindberg or any judge sitting in his stead in Room 1425, 219 South Dearborn Street, Chicago, Illinois and shall present

24880_1  136

JOINT MOTION FOR ENTRY OF ORDERS APPROVING SETTLEMENTS, copies of which are served with this notice.

Dated: September 27, 2002               Respectfully submitted,

                                        By: _____
                                            Attorneys for Plaintiff
                                            PURIZER CORPORATION
                                            Michael I. Miller
                                            Ronit C. Gechter
                                            Eimer Stahl Klevorn & Solberg
                                            224 S. Michigan Avenue, Suite 1100
                                            Chicago, Illinois 60604
                                            (312) 660-7600

24880_1

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Purizer Corporation, hereby certifies that copies of the JOINT MOTION FOR ENTRY OF ORDERS APPROVING SETTLEMENTS were served on the following parties, via Federal Express this 27th day of September 2002.

Roger McFadden
McFadden & Dillon
120 South LaSalle Street
Suite 1530
Chicago, Illinois 60603
(312) 201-8300
Fax: (312) 201-0535

Kathleen H. Klaus
D'Anacona & Pflaum LLC
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60602
(312) 602-2000
Fax: (312) 602-3384

Roger Longtin
Steve Agin
Piper Marbury Rudnick & Wolfe
203 N. LaSalle Street, Ste.1800
Chicago, Illinois 60601-1293
(312) 368-4000
Fax: (312) 236-7516

Daniel W. Costello
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, OH 43215-6194
Fax: (614) 227-2100

_____
Ronit C. Gechter

24880_1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELL INVESTMENTS L.L.C., et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 01C 6359 |
| PURIZER CORPORATION, a Nevada corporation, and BATTELLE MEMORIAL INSTITUTE, an Ohio not for profit corporation, | : | ~~Hon. George W. Lindberg~~ |
| Defendants. | : | |
| PURIZER CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 01 C 6360 |
| BATTELLE MEMORIAL INSTITUTE, | : | Hon. George W. Lindberg |
| Defendant. | : | |
| DAVID J. BEEDIE, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 01C 6740 |
| BATTELLE MEMORIAL INSTITUTE, | : | Hon. George W. Lindberg |
| Defendant. | : | |

FILED SEP 2 7 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED OCT 3 2002

## JOINT MOTION FOR ENTRY OF ORDERS APPROVING SETTLEMENTS

Angell Investments L.L.C. et al (the "Preferred Shareholders"), plaintiffs in Case No. 01C 6359, Purizer Corporation ("Purizer"), plaintiff in Case No. 01C 6360, David J. Beedie, et al

136

(the "Other Preferred Shareholders"), plaintiffs in Case No. 01C 6740 and Battelle Memorial Institute ("Battelle"), sole remaining defendant in Case No. 01C 6359, defendant-counterclaimant in Case No. 01C 6360 and defendant in Case No. 01C 6740, respectfully move this Court for entry of orders approving the settlement agreements entered into in each of the above-captioned cases as fair, adequate and reasonable and dismissing the Complaints with prejudice and on the merits, all parties to bear their own costs and attorneys fees. These three settlement agreements, attached hereto as Exhibit A (the Preferred Shareholder-Battelle settlement agreement), Exhibit B (the Purizer-Battelle settlement agreement) and Exhibit C (the Other Preferred Shareholder-Battelle settlement agreement), settle all disputes between the parties that are the subject of the pending Complaints in each case. A description of the terms of each settlement and the transactions implementing the settlements is contained in a Confidential Information Statement prepared by Purizer and dated September 16, 2002, a copy of which is attached hereto as Exhibit D.

Each settlement agreement obligates the parties thereto to request the entry of an order from this Court in the form attached hereto as Exhibits E, F and G. This Court entered orders with comparable provisions on July 25, 2002 when Purizer settled with the Preferred Shareholders in Case No. 01C 6359.

Entry of an order dismissing each case with prejudice is a condition precedent to the effectiveness of the settlement agreements. The parties contemplate the following sequence of events before an order dismissing the cases is entered: (1) the Court notifies the parties that it is prepared to enter the orders and provides copies of the proposed orders to the parties; (2) in accordance with the terms of each settlement agreement, counsel for the each party reviews the proposed orders as to form; (3) counsel for each party notifies the Court that the form of the

proposed orders are satisfactory and that all other conditions precedent to the effectiveness of the settlement agreements have occurred; (4) the Court enter the orders dismissing each case with prejudice and on the merits, thereby terminating the litigation.

WHEREFORE, the Preferred Shareholders, Purizer, Battelle and the Other Preferred Shareholders respectfully move this Court to enter the attached proposed orders.

Dated: September 27, 2002

Respectfully submitted,

By: /s/ Ronit Gechter
Attorneys for Defendant
PURIZER CORPORATION
Michael I. Miller
Andrew G. Klevorn
Ronit C. Gechter
EIMER STAHL KLEVORN & SOLBERG
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
(312) 660-7600

*See Case File for Exhibits*